# Fifth District Court of Appeal
## State of Florida

———————————————————

Case No. 5D22-1532
LT Case No. 2015-CF-2591-A

———————————————————

Calvin Washington,

    Appellant,

    v.

State of Florida,

    Appellee.

———————————————————

3.850 appeal from the Circuit Court for Marion County.
Steven G. Rogers, Judge.

Calvin Washington, Graceville, pro se.

Ashley Moody, Attorney General, Tallahassee, and Douglas T. Squire, Assistant Attorney General, Daytona Beach, for Appellee.

December 5, 2023

Per Curiam.

    Affirmed.

Edwards, C.J., Eisnaugle, and Harris, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____